UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------ x

ALEX PALACIOS,

                Plaintiff,

    -against-

THE CITY OF NEW YORK, POLICE OFFICER MICHAEL GREANEY, Shield #20646, POLICE OFFICER FRANK MONGE, Shield #27984, DET. JOSE CHEVERE, SHIELD 1505, POLICE OFFICERS JOHN/JANE DOE(S) #S 1-10,

                Defendants.

------------------------------------------------------ x

**NOTICE OF MOTION**

15 Civ. 386 (PAE)

      **PLEASE TAKE NOTICE** that upon the annexed Local Civil Rule 56.1 Statement, dated February 7, 2017; the Declaration of Senior Counsel Philip S. Frank, dated February 7, 2017, and the exhibits annexed thereto; the accompanying Memorandum of Law; and upon all prior pleadings and proceedings had herein, defendants City of New York, Michael Greaney, Frank Monge and Jose Chevere will move this Court before the Honorable Paul A. Engelmayer, United States District Judge, Southern District of New York, located at 40 Foley Square, New York, New York 10007, at a date and time to be determined by the Court, for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure, dismissing plaintiff's complaint against defendants on the grounds that there are no material issues of fact in dispute that warrant a trial, and that these defendants are entitled to judgment as a matter of law, and for such other and further relief as the Court may deem just and proper.

      **PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's Order dated January 3, 2017, opposition papers, if any, shall be served on or before February 28, 2017.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's Order dated January 3, 2017, reply papers, if any, shall be served on or before March 14, 2017.

Dated:  New York, New York
February 7, 2017

ZACHARY W. CARTER
Corporation Counsel of the
City of New York
*Attorney for Defendants City of New York, Michael Greaney, Frank Monge and Jose Chevere*
New York, New York 10007
(212) 356-2370

By:  _____/s/_____
Philip S. Frank
Senior Counsel

To:  Via ECF
David Zelman, Esq.
*Attorney for Plaintiff*
612 Eastern Parkway
Brooklyn, NY 11225