UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

ALEX PALACIOS,                                                              Notice of Motion for

                        Plaintiff                 PARTIAL SUMMARY

-against-                                                                        JUDGMENT

CITY OF NEW YORK, et al                                           Case No.  15-CV-386

                        Defendants
_____X


       **PLEASE TAKE NOTICE** that upon the annexed Declaration of David A. Zelman dated

March 24, 2017, exhibits, the Memorandum of Law, dated March 24, 2017; and upon all prior

pleadings and proceedings had herein, Plaintiff  ALEX PALACIOS hereby moves before this

Court, the Honorable Paul A. Engelmayer, United States District Court Judge, at the United

States Courthouse for the Eastern District of New York for partial summary judgment pursuant

to Fed. R. Civ. P 56 and for such other and further relief as the Court deems just and proper.

Dated:  Brooklyn, New York
          March 24, 2017


                                 Respectfully Submitted,
                                 **LAW OFFICE OF DAVID A. ZELMAN**

                                 /S

                               _____

                               By: **David A. Zelman, Esq.**